**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Eduard Kosymov** | ) |
| | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ANTONE MONIZ, Superintendent of** | )      **Civil Action No. 26-cv-10105** |
| **Plymouth County Correctional Facility et** | ) |
| **al.,** | ) |
| | ) |
| **Respondents.** | ) |
| | ) |
| | ) |

**EMERGENCY ORDER CONCERNING**
**STAY OF TRANSFER OR REMOVAL**

Petitioner **Eduard Kosymov,** a Russian national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States.

The Court orders as follows:

1.   **Service of Order**

The clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office and the United States Attorney for the District of Massachusetts.

2.   **Order**

To provide a fair opportunity for the judge who will be randomly assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Massachusetts for a

period of at least at least 72  hours from the time this Order is docketed.

**SO ORDERED.**

/s/ Myong Joun         __
Myong Joun
UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
January 9, 2026 at
7:45 p.m.