**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| Eduard Kosymov, ) | |
| ) | |
|       Petitioner, ) | |
| ) | Civil Action No. 26-CV-10105-AK |
| v. ) | |
| ) | |
| Antone Moniz, et al, ) | |
| ) | |
|       Respondents (s). ) | |
| _____ ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 15] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/10/2026                                                             By the Court,

/s/ Courtney Horvath
Deputy Clerk